UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELVET NHUNG NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 22-cv-06145-SK<br><br>**ORDER TO SHOW CAUSE** |

     Plaintiff Velvet Nhung Nguyen ("Plaintiff") filed this action on October 18, 2022. (Dkt. No 1.) On May 22, 2023, Plaintiff filed a document entitled "Exhibits A," in which she explained that she was having difficulties serving defendant Wells Fargo Bank, N.A. ("Defendant") as a pro se litigant and requested an extension of time for service. (Dkt. No. 10.) On June 14, 2023, this Court granted an extension of time for Plaintiff to serve Defendant and set a new deadline of August 15, 2023. The docket indicates that Plaintiff has not served Defendants.

     Therefore, the Court issues an ORDER TO SHOW CAUSE why Plaintiff's claims should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

     Plaintiff shall file a written statement by no later than September 13, 2023 showing cause as to why the case should not be dismissed for failure to prosecute. Failure to comply with this Order will result in a report and recommendation to a district court judge that the case be dismissed for failure to prosecute.

     The Court CONTINUES the Case Management Conference presently scheduled for August 28, 2023 to October 30, 2023. An updated case management statement shall be filed by no later than October 23, 2023.

     Again, the Court ADVISES Plaintiff that the district court has produced a guide for pro se litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which

provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for pro se litigants (https://perma.cc/6NL7-U9U7). The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: August 23, 2023



SALLIE KIM
United States Magistrate Judge