UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELVET NHUNG NGUYEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No. 22-cv-06145-SK<br><br>**ORDER TO SHOW CAUSE REGARDING MOTION TO DISMISS**<br><br>Regarding Docket No. 16 |

  On September 13, 2023, Defendant filed a motion to dismiss. Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was due by September 27, 2023. To date, Plaintiff has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than October 27, 2023 why the Court should not dismiss her claims for lack of prosecution or grant Defendant's motion as unopposed.

  If Plaintiff seeks to file an untimely opposition brief, she must submit a request to do so showing good cause for her failure to comply with the deadline required by the Local Rules, and must submit the proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause by October 27, 2023, the Court will grant Defendant's motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

  The Court VACATES the hearing on the motion to dismiss currently scheduled on October 30, 2023 and will reset it at a later date, if necessary.

  Again, the Court ADVISES Plaintiff that the district court has produced a guide for pro se litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free

of charge from the Clerk's Office.  The Court additionally has a website with resources for pro se litigants (https://perma.cc/6NL7-U9U7).  The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: October 12, 2023



SALLIE KIM
United States Magistrate Judge