UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELVET NHUNG NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>Defendants. | Case No. 22-cv-06145-JD<br><br>**ORDER RE DISMISSAL, SERVICE ISSUES, AND CASE MANAGEMENT CONFERENCE** |

For the motion to dismiss, Dkt. No. 16, pro se plaintiff Velvet Nguyen filed a one-page letter objecting to dismissal on the grounds that Wells Fargo improperly foreclosed on her home. Dkt. No. 26. Nguyen acknowledges that her claims relate to a different piece of property than the one identified in the complaint. *See* Dkt. No. 16-2 ¶ 2; Dkt. No. 28 ("Letter re clarifying informati[o]n"). Consequently, the complaint is dismissed without prejudice. Nguyen is directed to file an amended complaint by February 29, 2024, that identifies with specificity the property in dispute. Failure to file an amended complaint by the deadline will result in dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Nguyen is advised that the deadline to serve defendant Specialized Loan Servicing with a summons and the complaint expired more than one year ago, on January 16, 2023. *See* Fed. R. Civ. P. 4(m). Nguyen must file by March 29, 2024, a proof of service of the amended complaint on defendant Specialized Loan Servicing. Failure to meet this deadline will result in dismissal of Specialized under Rule 4(m) and Rule 41(b).

Alternatively, Nguyen may elect to proceed only against Wells Fargo. In that case, because Nguyen and Wells Fargo have consented to magistrate judge jurisdiction, the case will be randomly assigned to a magistrate judge. *See* Dkt. Nos. 5, 21.

The case management conference set for February 15, 2024, is vacated.

**IT IS SO ORDERED.**

Dated: February 2, 2024

JAMES DONATO
United States District Judge