UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELVET NHUNG NGUYEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No. 22-cv-06145-JD<br><br>**ORDER** |

In the order of dismissal filed on February 2, 2024, the Court directed pro se plaintiff Velvet Nguyen to file an amended complaint by February 29, 2024, and advised that "[f]ailure to file an amended complaint by the deadline will result in dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(b)." Dkt. No. 35 at 1. Two weeks have passed since that deadline, and Nguyen has not filed an amended complaint. On February 23, 2024, she filed a letter to "inform of [her] decision to file an amended complaint," but she has not done so. Dkt. No. 36.

Consequently, the case is dismissed and closed pursuant to Rule 41(b) for failure to prosecute and failure to follow a court order. No further filings will be accepted.

**IT IS SO ORDERED.**

Dated: March 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JAMES DONATO
United States District Judge